# United States District Court

Eastern District of California

UNITED STATES OF AMERICA       CRIMINAL COMPLAINT

V.

INGUTTI, Craig L

I, Park Ranger Loren Fazio, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July 21st, 2009 in Yosemite National Park, within the special maritime and territorial district of the United States, in the Eastern District of California, Craig L INGUTTI:

**Count 1:** Did knowingly possess a controlled substance in violation of 21 USC 844 (a).
**Maximum Penalty:** One year imprisonment or $100,000 fine or both.

**Count 2:** Did possess a controlled substance (hashish) in violation of 36 CFR 2.35(B)(2).
**Maximum Penalty:** Six months imprisonment or $5,000 fine or both.

**Count 3:** Did fail to comply with a traffic control device by improperly parking his car in violation of 36 CFR 4.12
**Maximum Penalty:** Six months imprisonment or $5,000 fine or both.

**Count 4:** Did operate a motor vehicle with expired evidence of registration in violation of 36 CFR 4.2(b) CVC 4462 (a).

**Maximum Penalty:** Six months imprisonment or $5,000 fine or both.

**Count 5**: Did operate a motor vehicle without proof of financial responsibility in violation of 36 CFR 4.2(b) CVC 16028

**Maximum Penalty**: Six months imprisonment or $5,000 fine or both.

I further state that I am a Park Ranger and that this complaint is based on the following facts obtained from information supplied to me by National Park Service Law Enforcement Officers:

On 07/21/09 at approximately 1200 hours Ranger Webb was on patrol in a marked patrol vehicle at the DNC Stables with Ranger Schwille in Yosemite National Park.

As Ranger Webb exited the stables parking area he observed a dark colored 1993 Toyota Station Wagon which was parked outside of the individually painted parking areas which were designated by white lines. Additionally, the vehicle was parked diagonally to the painted lines and was partially blocking access to the parking area. Ranger Webb further noted that the vehicle's registration stickers had expired in May, 2009.

Ranger Webb further observed that the station wagon's rear hatch was open and three individuals were standing nearby. Ranger Webb initiated a traffic stop.

Ranger Webb identified two of the individuals (a male and female couple) as DNC Employees, employed as packers for the concessionaire. Ranger Webb observed that both of these individuals had red and glassy eyes. The third individual, who was later identified by suspended CA operator's license as Craig Louis INGUTTI of Los Angeles, CA, stated that the car belonged to him, his daughter, and his girlfriend (these two individuals not present), and that he had just driven here from Los Angeles. INGUITTI stated that he was planning on hiking to Hidden Falls and had camped in the park the previous evening.

Ranger Webb asked INGUTTI to provide valid proof of registration, insurance, and a identification. He denied having a photo id, stated that his drivers license was in LA, admitted to knowing that the vehicle was expired, but assured Ranger Webb that his "daughter had insured the vehicle." INGUTTI appeared nervous, his hands were shaking as he presented Webb with documents. INGUTTI was making audible smacking noises while he spoke. Ranger Webb asked him if anything was wrong and he stated, "I just have a little cotton mouth."

When Ranger Webb asked INGUTTI for ID he initially picked up a small black day pack and started to open the zipper as if to withdraw a wallet. He then stopped and said he left his ID in Los Angeles and presented Ranger Webb with a gym card and a social security card. When he picked up the back pack Webb heard an audible clinking noise of glass moving against glass. Webb continued to ask INGUTTI for ID and INGUTTI began to look through some clothing located in the rear hatch area of the vehicle. INGUTTI held up a pair of pants in front of the daypack and began to look inside the daypack. INGUTTI stated that he could not find his ID and that he had left his wallet in LA.

Ranger Webb stated to INGUTTI that Webb had observed INGUTTI picking up his daypack when asked to provide identification but that INGUTTI had not opened it and stated that INGUTTI could not find the wallet. Ranger Webb asked him if his wallet was in the bag and if there was anything in the daypack that INGUTTI should not have. INGUTTI stated that he had a medical marijuana card and had less than 4 ounces of marijuana. Ranger Webb asked INGUTTI where the marijuana was and he opened the daypack and produced two mason jars full of marijuana. One jar was labeled "WW" and contained approximately 17.4 grams of marijuana and the other was labeled "BK" and contained approximately 31.6 grams of marijuana. Ranger Schwille subsequently searched the vehicle for drugs and paraphernalia and additionally found: one plastic earring box containing .8 grams of marijuana, two partially smoked marijuana cigarettes weighing approximately .8 grams, one zip lock baggie containing approximately .2 grams of hashish, a zip lock baggie containing approximately 1 gram of marijuana, and one zip lock baggie which had "superman" emblems on it which contained two capsules of a white powdery substance. The total weight of the marijuana was approximately 52 grams.

Ranger Webb checked INGUTTI by name and date of birth through Yosemite Dispatch and determined that INGUTTI had two extraditable felony warrants out of LA County for drug related charges: INGUTTI had previously been arrested for possession of marijuana.

Ranger Webb placed INGUITTI under arrest for possession of marijuana and transported him to Yosemite Holding Facility to appear for charges and await extradition for his two felony charges.

Continued on the attached sheet and made a part hereof:

☐ Yes    X No

Speedy trial applies:              X Yes    ☐ No

I declare under penalty of perjury that the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

Executed on: 7/22/2009
Date

Park Ranger Loren Fazio

Yosemite National Park
California

Sworn to before me and subscribed in my presence this 22nd day of July, 2009, at Yosemite National Park, California.

Honorable Don Scheer
U.S. Magistrate Judge
Eastern District of California